DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
Saari, Bradley Jason and
Saari, Sarah Emily

Case No. 06-02831-PCW13

Debtors

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $60.45, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| Saari, Bradley Jason and Saari, Sarah Emily | 10620 W. 12TH AVE., APT. 10<br>Spokane, WA 99224 | $60.45 |

Dated: October 29, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4875268        11-8-10              $ 60.45

06-02831-PCW13    Doc 46    Filed 11/08/10    Entered 11/08/10 14:14:27    Pg 1 of 1